ERNEST LOWENSTEIN, INC. *v.* UNITED STATES

Court No. R64/2246 on beads

Second Division, Appellate Term

(Dated April 3, 1975)

*Siegel, Mandell & Davidson* (*Steven S. Weiser* and *Harvey A. Isaacs* of counsel) for the appellant.

*Irving Jaffe*, Acting Assistant Attorney General (*Glenn E. Harris*, trial attorney), for the appellee.

Before FORD, WATSON, and NEWMAN, Judges

Upon the record as made herein and in view of the decision in *J. L. Wood* v. *United States*, 62 CCPA25, C.A.D. 1139 (1974), the court *sua sponte*

ORDERS the matter remanded to the trial court for all purposes.